IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR350 |
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| JOHN MESA, a/k/a "Marcos" | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Brandie M. Fowler, as a Criminal Justice Act training panel member, to assist in the defense of John Mesa.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Brandie M. Fowler is hereby assigned to assist Alan G. Stoler, Criminal Justice Act panel attorney, in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Brandie M. Fowler shall not be eligible to receive compensation for her services in this case.

Alan G. Stoler shall continue to be primary counsel on behalf of the Defendant, John Mesa.

Dated: _October 6, 2005_

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE